450 A.2d 1033

Commonwealth v. Bufford, Appellant.

 Submitted January 18, 1982. Warren R. Hamilton, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Order affirmed.